**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **HEALTHCARE*FIRST*, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 6:20-cv-03243-RK** |
| **MICHAEL GREENLEE,** | ) | |
| | ) | |
| **HEALTHREV PARTNERS, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**PLAINTIFF HEALTHCARE*FIRST*, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Healthcare*first*, Inc. hereby certifies that:

- HCF Holdco Company is the sole shareholder of Healthcare*first*, Inc.

- Healthcare*first* Holding Company owns HCF Holdco Company

- ResMed Operations, Inc. owns Healthcare*first* Holding Company

- ResMed, Inc., whose shares are publicly traded, is the sole shareholder of ResMed Operations, Inc.

- Healthcare*first* Inc. has no subsidiaries

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By:  ___*/s/ James M. Paul*_____
James M. Paul, MO 44232
Sean J. Oliveira, MO 72056
7700 Bonhomme Avenue, Suite 650
St. Louis MO,  63105
Telephone:  314.802.3935
Facsimile:  314.802.3960
james.paul@ogletreedeakins.com
sean.oliveira@ogletreedeakins.com

-and-

___*/s/ Tina G. Fowler*_____
Tina G. Fowler, MO 48522
Baird Lightner Millsap
1901C South Ventura
Springfield, MO 65804
Office: 417.887.0133
Fax: 417.887.8740
tfowler@blmlawyers.com

**Attorneys for Plaintiff HEALTHCARE*first*,
Inc.**

43785794.1

2