| **From:** | Michael Greenlee <mgreenlee@BRIGHTREE1.onmicrosoft.com> |
|---|---|
| **Sent:** | Thursday, November 14, 2019 1:49 PM |
| **To:** | nylmjg@sbcglobal.net |
| **Subject:** | Emailing - Clinical to Coding ebook_Final.pdf |
| **Attachments:** | Clinical to Coding ebook_Final.pdf |



| | |
|---|---|
| **From:** | Michael Greenlee <mgreenlee@BRIGHTREE1.onmicrosoft.com> |
| **Sent:** | Tuesday, November 05, 2019 11:21 AM |
| **To:** | nylmjg@sbcglobal.net |
| **Subject:** | Customers_2019 AM attendees 10032019 CC - BUSINESS PARTNERS.xlsx |
| **Attachments:** | Customers_2019 AM attendees 10032019 CC - BUSINESS PARTNERS.xlsx |

| | |
|---|---|
| **From:** | Michael Greenlee <mgreenlee@BRIGHTREE1.onmicrosoft.com> |
| **Sent:** | Friday, November 08, 2019 3:59 PM |
| **To:** | nylmjg@sbcglobal.net |
| **Subject:** | BT users |
| **Attachments:** | report1573233779562.xlsb |

**Michael J Greenlee** | National Sales Director of Revenue Cycle Management
800.841.6095 x2505 | d: 417.848.8335 | f: 417.881.4289



+ *Patients Before Paperwork*

www.healthcarefirst.com

Facebook, Twitter, LinkedIn, Blog

**From a single solution to an integrated suite, HEALTHCARE*first* has everything you need to drive success.
Learn more!**

---

**From:** Melissa Polly <mpolly@brightree.com>
**Sent:** Friday, November 8, 2019 11:25 AM
**To:** Michael Greenlee <michael.greenlee@healthcarefirst.com>; Misty Skinner <Misty.Skinner@healthcarefirst.com>
**Cc:** John Sozio <jsozio@brightree.com>
**Subject:** report1573233779562.xlsb

John – could you please confirm that this is an accurate customer list for HHP?
Thanks!

*Melissa Polly, MBA*
*Marketing, Home Health, Hospice, Private Duty & Services*

(678) 243-7987 | melissa.polly@matrixcare.com
www.matrixcare.com | www.brightree.com

 

**PHI HIPAA & HITECH Act Compliance Statement:** This communication may contain confidential Protected Health Information. This information including any attachment is intended only for the use of the individual or entity to which it is addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure,

copying, distribution, or action taken in reliance on the contents of these documents is STRICTLY PROHIBITED by federal law. If you have received this information in error, please notify the sender immediately and delete this transmission.

| | |
|---|---|
| **From:** | Michael Greenlee <michael.greenlee@healthcarefirst.com> |
| **Sent:** | Tuesday, November 19, 2019 9:35 AM |
| **To:** | nylmjg@sbcglobal.net |
| **Attachments:** | All Hands 10 1.pptx; HC1 - RCM Deep Dive - 1-18-19.pptx |

| | |
|---|---|
| **From:** | Michael Greenlee <michael.greenlee@healthcarefirst.com> |
| **Sent:** | Monday, November 18, 2019 11:18 AM |
| **To:** | nylmjg@sbcglobal.net |
| **Subject:** | Excel for personal stuff |
| **Attachments:** | Bathroom Remodel.xlsx; Assessment.PDF; Copy of Mike's Monthly Income vs Expense.xlsx; Matria Care Comp.xlsx; New Commissions Schedule.xlsx; Sales Recap for 25 months.xlsx; Sales Recap.xlsx; The State of Revenue Cycle Management Sales Department.pptx; SWS Golf Practice Plan.docx; Mike Greenlee19.xlsx; Mike Greenlee Ins Roof.pdf; Michael J Greenlee Resume.doc; Michael Greenlee_IndividualReport.pdf; Real Estate Tax Receipt.pdf |