**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| HEALTHCAREFIRST, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )       **Case No.: 6:20-CV-3243-RK** |
| | ) |
| MICHAEL GREENLEE and | ) |
| HEALTHREV PARTNERS, LLC. | ) |
| **Defendants.** | ) |

## DESIGNATION OF MEDIATOR CERTIFICATE

COME NOW the parties, and pursuant to the Notice of Inclusion in the Mediation and

Assessment Program [Doc. 3], state that they have agreed to mediate the above-captioned case with

Frank Neuner of Neuner Mediation & Dispute Resolution at 9:00 a.m. on November 9, 2020 at his

office located at 120 S. Central Avenue, Suite 1250, Clayton, Missouri 63105, which date is within

75 calendar days of the parties' Rule 26 conference held October 19, 2020.

Defendant's consent is indicated by Defendants' counsel's electronic signature below.

| | |
|---|---|
| **OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.** | **NEALE & NEWMAN, L.L.P.** |
| B y  */s/ James M. Paul*_____ | By */s/ Daniel K. Wooten*_____ |
| James M. Paul, Esq. Mo Bar #44232 | Daniel K. Wooten, Esq. Mo Bar #48061 |
| Sean J. Oliveira, Esq. Mo Bar #72056 | Kevin H. Dunaway, Esq. Mo Bar #33799 |
| 7700 Bonhomme Ave, Suite 650 | C. Nathan Dunville, Esq. Mo. Bar #68037 |
| St. Louis, MO 63105 | Farmers Park |
| Telephone: 314-802-3935 | 2144 E. Republic Road, Suite F-302 |
| Facsimile: 314-802-3960 | Springfield, MO 65804 |
| james.paul@ogletreedeakins.com | Telephone: 417-882-9090 |
| sean.oliveira@ogletreedeakins.com | Facsimile: 417-882-2529 or 882-4988 |
| | dwooten@nnlaw.com |
| | kdunway@nnlaw.com |
| *ATTORNEYS FOR PLAINTIFF* | ndunville@nnlaw.com |
| | *ATTORNEYS FOR DEFENDANTS* |

**BAIRD LIGHTNER MILLSAP**

By */s/ Tina Fowler*
Tina Fowler, Esq. Mo Bar #48522
1901C South Ventura
Springfield, MO 65804
Telephone: 417-887-0133
Facsimile: 417-887-8740
tfowler@blmlawyers.com

*ATTORNEYS FOR PLAINTIFF*

44742551.1