# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| HEALTHCAREFIRST, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 6:20-CV-3243 |
| | ) | |
| MICHAEL GREENLEE AND | ) | |
| HEALTHREV PARTNERS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATATION OF DISMISSAL WITH PREJUDICE</u>

**COME NOW** the parties and hereby stipulate and agree that Plaintiff's First Amended Complaint be dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

As stipulated to:

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ James M. Paul
  James M. Paul, Esq., Mo Bar #44232
  Sean J. Oliveira, Esq., Mo Bar #72056
  7700 Bonhomme Ave, Suite 650
  St. Louis, MO 63105
  E-mail: james.paul@ogletreedeakins.com
        sean.oliveira@ogletreedeakins.com
*ATTORNEYS FOR PLAINTIFF*

**NEALE & NEWMAN, L.L.P.**

By: /s/ Daniel K. Wooten
  Daniel K. Wooten, Esq. Mo Bar #48061
  Kevin H. Dunaway, Esq. Mo Bar #33799
  C. Nathan Dunville, Esq. Mo. Bar #68037
  2144 E. Republic Road, Suite F-302
  Springfield, MO 65804
  E-mail: dwooten@nnlaw.com
        kdunway@nnlaw.com
        ndunville@nnlaw.com
*ATTORNEYS FOR DEFENDANTS*

1